United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   HAROLD DEGRAFF,                          No.  CV 12-02256 LB
9              Plaintiff,                    **ORDER**
10     v.
11  PERKINS COIE LLP,
12              Defendant.
                                    /
13
14  GOOD CAUSE APPEARING THEREFOR,
15      IT IS ORDERED that this case is reassigned to the **Honorable Jeffrey S. White** in the
16  **Sam Francisco division** for all further proceedings. Counsel are instructed that all future filings
17  shall bear the **initials JSW** immediately after the case number. All hearing dates presently scheduled
18  are vacated and motions should be renoticed for hearing before the judge to whom the case has been
19  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22  Civ. P. 72(b).
23
24                                          FOR THE EXECUTIVE COMMITTEE:
25
26  Dated:  June 5, 2012
27  rev 4-12                                Richard W. Wieking
                                            Clerk of Court
28