MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

Attorney for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DEGRAFF, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Perkins Coie LLP; Perkins Coie California, PC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  CV 12 2256 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY ACTION PENDING ARBITRATION**<br><br>Date:   August 3, 2012<br>Time:  9:00 a.m.<br>Crtrm: 11<br>Judge:  Hon. Jeffrey S. White |

WHEREAS Defendants filed their Motion to Dismiss or in the Alternative to Stay Action Pending Arbitration on June 6, 2012;

WHEREAS the opposition brief is currently due on June 20, 2012 and the reply brief is due on June 27, 2012;

WHEREAS the hearing date on this Motion is scheduled for August 3, 2012;

WHEREAS counsel for Plaintiff has several deadlines in other cases and a prearranged vacation that impacts her ability to prepare an opposition brief under the current briefing schedule,

and a modification of the briefing schedule will not impact the current hearing date;

WHEREAS the parties have met and conferred and believe there is good cause to modify the briefing schedule;

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record that the briefing schedule shall be as follows:

- Deadline to file opposition    July 6, 2012
- Deadline to file reply         July 20, 2012
- Hearing                        August 3, 2012 at 9:00 a.m. (unchanged)

Dated: June 13, 2012

/S/
Monique Olivier
Attorney for Plaintiff

Dated: June 13, 2012

/S/
Ronald A. McIntire
Attorney for Defendants

**ATTESTATION OF SIGNATURES UNDER GENERAL ORDER 45**

I, Monique Olivier, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

/S/
Monique Olivier

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: June 14, 2012   BY: *Jeffrey S. White*
Hon. Jeffrey S. White