**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD DEGRAFF,

    Plaintiffs,

v.

PERKINS COIE LLP, et al.,

    Defendants.

No. C 12-02256 JSW

**JUDGMENT**

Pursuant to the Court's Order enforcing the arbitration provision and granting the motion to dismiss filed by Perkins Coie LLP and Perkins Coie California, P.C., Plaintiff's complaint is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE