| | |
|---|---|
| 1 | MONIQUE OLIVIER (SBN 190385) |
| | (monique@dplolaw.com) |
| 2 | THOMAS E. DUCKWORTH (SBN 152369) |
| | (tom@dplolaw.com) |
| 3 | DUCKWORTH PETERS LEBOWITZ OLIVIER LLP |
| | 100 Bush Street, Suite 1800 |
| 4 | San Francisco, CA  94104 |
| | Telephone:  (415) 433-0333 |
| 5 | Facsimile:   (415) 449-6556 |
| 6 | |
| | Attorney for Plaintiff and the Putative Class |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD DEGRAFF, on behalf of himself and all others similarly situated, | Case No.  CV 12 2256 JSW |
| Plaintiffs, | CLASS ACTION |
| vs. | NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESNETATION STATEMENT |
| Perkins Coie LLP; Perkins Coie California, PC; and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint filed:    May 4, 2012<br>Judgment Entered:  July 30, 2012 |

Notice is hereby given that Plaintiff Harold DeGraff, on behalf of himself and all other similarly situated individuals, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Judgment and Orders issued by the United States District Court for the Northern District of California, the Honorable Jeffrey S. White, Jr. presiding:

(1) Judgment in a Civil Case entered on July 30, 2012 in favor of Defendants Perkins Coie LLP and Perkins Coie California, P.C.; and

(2) Order Regarding Motion to Dismiss or, in the Alternative, to Stay Action Pending Arbitration entered on July 30, 2012.

Pursuant to Fed. R. App. 12(b) and Circuit Rule 3-2(b), Plaintiff's Representation Statement is attached hereto.

Dated:  August 28, 2012					DUCKWORTH PETERS LEBOWITZ OLIVIER LLP


							By:	  /s/ *Monique Olivier*
								Monique Olivier
								Attorney for Plaintiff

**CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Pursuant to Federal Rules of Civil Procedure, rule 12(b) and Circuit Rule 3-2(b), Plaintiff hereby submits his Representation Statement. Plaintiff in this action, Harold DeGraff, on behalf of himself and all similarly situated individuals, is represented by the following counsel:

MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

Defendants in this action, Perkins Coie LLP and Perkins Coie California, P.C. are represented by the following counsel:

RONALD A. MCINTIRE (SBN 127407)
(rmcintire@perkinscoie.com)
MELORA M. GARRISON (SBN 205408)
(mgarrison@perkinscoie.com)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  (310) 788-9900
Facsimile:   (310) 788-3300


Dated:  August 28, 2012                    DUCKWORTH PETERS LEBOWITZ OLIVIER LLP


                                           By:      /s/ *Monique Olivier*
                                                 Monique Olivier
                                                 Attorney for Plaintiff