FILED

UNITED STATES COURT OF APPEALS

DEC 09 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HAROLD DEGRAFF, on behalf of himself and all others similarly situated, | No. 12-16906 |
| Plaintiff - Appellant, | D.C. No. 3:12-cv-02256-JSW Northern District of California, San Francisco |
| v. | |
| PERKINS COIE LLP and PERKINS COIE CALIFORNIA, PC, | ORDER |
| Defendants - Appellees. | |

Before: O'SCANNLAIN and CHRISTEN, Circuit Judges, and SEABRIGHT, District Judge.[*]

On December 5, 2014, the parties jointly requested that we dismiss this appeal because "the District Court did not have original jurisdiction over this case, and this Court did not and does not have jurisdiction over the appeal." [Dkt. No. 39]

Because the parties' objection to subject matter jurisdiction is well taken, we **VACATE** the district court's order and judgment, and **DISMISS** this appeal for

---

[*]    The Honorable J. Michael Seabright, District Judge for the U.S. District Court for the District of Hawaii, sitting by designation.

lack of jurisdiction.  We **REMAND** the case to the district court for a dismissal

without prejudice. The copy of this order shall constitute the mandate of this court.