IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DEGRAFF,<br><br>    Plaintiffs,<br><br>v.<br><br>PERKINS COIE LLP, et al.,<br><br>    Defendants.<br>_____ / | No. C 12-02256 JSW<br><br>**ORDER OF DISMISSAL UPON REMAND** |

On July 30, 2012, this Court granted the motion to dismiss or, in the alternative, to stay action pending arbitration and entered judgment dismissing this action with prejudice. On December 9, 2014, the United States Court of Appeals for the Ninth Circuit vacated the Court's order and judgment and remanded this action for a dismissal without prejudice. Upon remand from the Ninth Circuit, the Court HEREBY DISMISSES this action without prejudice.

**IT IS SO ORDERED.**

Dated: June 10, 2015

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE